No. 74–6257. GREGG *v*. GEORGIA, 428 U. S. 153;

No. 75–5394. JUREK *v*. TEXAS, 428 U. S. 262; and

No. 75–5706. PROFFITT *v*. FLORIDA, 428 U. S. 242. Petitions for rehearing denied. Order entered by MR. JUSTICE POWELL on July 22, 1976, staying issuance of mandates in these cases is vacated.

No. 75–510. FLINT RIDGE DEVELOPMENT CO. *v*. SCENIC RIVERS ASSOCIATION OF OKLAHOMA ET AL., 426 U. S. 776;

No. 75–545. HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v*. SCENIC RIVERS ASSOCIATION OF OKLAHOMA ET AL., 426 U. S. 776; and

No. 75–1015. RALSTON PURINA CO. ET AL. *v*. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL., 426 U. S. 476. Petitions for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.

No. 75–1294. BOHACK CORP. *v*. GENERAL WAREHOUSEMEN'S UNION, LOCAL No. 852, 425 U. S. 966; and

No. 75–6432. ROCHA *v*. UNITED STATES, 426 U. S. 923. Motions for leave to file petitions for rehearing denied.

No. 75–1348. GUSTIN *v*. STEGALL ET AL., 425 U. S. 974. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.